IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NATURE'S ONE, INC.,

    Plaintiff,

                              Case No. 2:15-cv-2820
                              Judge Algenon L. Marbley
    v.                          Magistrate Judge Elizabeth P. Deavers

SPRING HILL JERSEY CHEESE, INC.,

    Defendant.

**ORDER**

        Defendant Spring Hill Jersey Cheese, Inc.'s Motion for Leave to File Selected Portions of its Opposition to Nature One's Motion for Summary Judgment Exhibits Under Seal (ECF No. 113) is **GRANTED** for good cause shown.  (ECF No. 103.)  Based upon the Defendant Spring Hill's representations, the Court concludes that the documents at issue contain legitimate trade secrets that should be shielded from public access.  *Brown & Williamson Tobacco Corp. v. FTC*, 710 F.2d 1165, 1180 (6th Cir. 1983) (records containing trade secrets constitute "a recognized exception to the right of public access to judicial records").

        The sealing of documents, however, must be no broader than necessary.  *See Shane Group, Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016) ("'The public has an interest in ascertaining what evidence and records the District Court and this Court have relied upon in reaching our decisions'" (quoting *Brown*, 710 F.2d at 1181)).  Thus, Defendant Spring Hill is **DIRECTED** to contemporaneously file a public version with any confidential, sensitive information redacted.  Should an entire exhibit contain confidential, trade secret

information, Defendant may omit filing that exhibit from the public version.  The parties are cautioned that if, upon review of the documents filed under seal, the Court determines that the documents do not contain legitimate trade secret information, it will lift or modify the seal accordingly.

**IT IS SO ORDERED.**


Date:  March 20, 2017         *s/ Elizabeth A. Preston Deavers*
                              ELIZABETH A. PRESTON DEAVERS
                              UNITED STATES MAGISTRATE JUDGE